IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No.:

NORMAN J. BOSETTI,

    Plaintiff,

v.

FEDERAL INSURANCE COMPANY

    Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, FEDERAL INSURANCE COMPANY (hereinafter "FEDERAL"), by and through its undersigned counsel and pursuant to 28 U.S.C. § 1441(a), removes an action pending in the Circuit Court of the Ninth Judicial Circuit of Florida, in and for Orange County, Florida, styled *Norman J. Bosetti v. Federal Insurance Company*, 2023CA013439, where Plaintiff filed suit against FEDERAL, and further states:

### TIMELY NOTICE OF REMOVAL

1.    On July 7, 2023, Plaintiff filed a Complaint against FEDERAL in the Ninth Judicial Circuit of Florida, in and for Orange County, Florida, Case No. 2023CA013439 ("State Action").

2. On July 13, 2023, FEDERAL was served with a Summons and copy of the Complaint in connection with the State Action. *See* **Composite Exhibit A.**

3. Plaintiff's Complaint asserts that FEDERAL breached an insurance contract issued to the Plaintiff with respect to its claim for damages to the property. *See* **Composite Exhibit A**.

4. Pursuant to 28 U.S.C. § 1446(b)(3), FEDERAL timely files this Notice within thirty (30) days of FEDERAL's receipt through service of a copy of the initial pleading setting forth a claim for relief.

## VENUE

5. Venue is proper in the United States District Court for the Middle District of Florida because the State Action originated in Orange County, Florida.

## JURISDICTION

6. This Court has jurisdiction. The State Action is a civil action which falls under this Court's original jurisdiction, pursuant to 28 U.S.C. § 1332(a), because the parties are completely diverse and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Accordingly, FEDERAL is entitled to remove this action pursuant to 28 U.S.C. § 1441.

## COMPLETE DIVERSITY EXISTS

7. A corporation is a citizen of every state by which it has been incorporated and of the state where it has its principal place of business. *See* 28 U.S.C. § 1332(c)(1); *see also Hertz Corp. v. Friend*, 130 S. Ct. 1181, 1183 (2010) ("The phrase 'principal place of business' in § 1332(c)(1) refers to the place where a corporation's high level officers direct, control, and coordinate the corporation's actions i.e. its 'nerve center.'").

8. FEDERAL is, and was at the time the Complaint was filed in a Florida state court, a corporation organized under the laws of Indiana, with its principal place of business in New Jersey. Accordingly, FEDERAL is a citizen of Indiana and New Jersey for purposes of determining Diversity under 28 U.S.C. § 1332(a)(1).

9. Plaintiff, Norman J. Bosetti, is and was, at the time the Complaint was filed in Florida state court, a citizen of the State of Florida. A public records search revealed that Plaintiff has had a Florida issued driver's license since at least 2007, has been registered to vote in the State of Florida since at least 2001, and has had a homesteaded property in the State of Florida since at least 2019. Accordingly, Plaintiff is considered a citizen of the State of Florida for the purposes of determining diversity under 28 U.S.C. §1332(a)(1).

## THE AMOUNT IN CONTROVERSY EXCEEDS $75,000.00

10. FEDERAL bears the burden of establishing the jurisdictional amount by a preponderance of the evidence. *See Lowery v. Alabama Power Co.*, 483 F.3d 1184, 11th Cir. (2007). Here, as previously stated, Plaintiff's Complaint asserts FEDERAL breached an insurance contract issued to Plaintiff.

11. Attached to Plaintiff's First Request for Admissions, filed with the Complaint, is an estimate from On Your Side Public Adjusters in the amount of $112,558.92 (RCV) and $83,758.65 (ACV). *See* **Composite Exhibit A.**

12. The applicable deductible under the Subject Policy of insurance is $5,000.00.

13. FEDERAL has issued a payment to Plaintiff in relation to the subject claim in the amount of $399.31.

14. Accordingly, the amount in controversy between Plaintiff and FEDERAL for damages related to the insurance contract exceeds the $75,000.00 amount in controversy requirement for diversity jurisdiction.

## CONCLUSION

15. Therefore, this Court has diversity jurisdiction over this civil action pursuant to 28 U.S.C. § 1332, as Plaintiff and FEDERAL are citizens of different states and the amount in controversy exceeds Seventy-Five Thousand Dollars

($75,000.00), exclusive of interest and costs.

## COMPLIANCE WITH 28 U.S.C. § 1446

16. Pursuant to 28 U.S.C. § 1446(d), FEDERAL provided written notice of the filing of the Notice of Removal, along with copies of this Notice of Removal and all attachments, to all adverse parties and to the Ninth Judicial Circuit of Florida, in and for Orange County, Clerk of Court. Furthermore, as required by 28 U.S.C. § 1446(a), true and legible copies of all process, pleadings, orders, and other papers or exhibits of every kind filed in the State Action are being filed with this Notice of Removal. *See* **Composite Exhibit A[1].**

WHEREFORE, the Defendant, FEDERAL INSURANCE COMPANY respectfully requests that this Court exercise jurisdiction over this matter.

---

[1] Includes Civil Cover Sheet, Complaint, General Standing Case Management Plan/Order, Notice of Filing, Request for Admissions, Notice of Service of Interrogatories, Request to Produce, Summons Issued, Notice Appearance of Counsel, Correspondence, Motion for Enlargement/Extension of Time, Order Enlargement and Extension of Time

BUTLER WEIHMULLER KATZ CRAIG LLP

*/s/ Julius Matusewicz*

WILLIAM R. LEWIS, ESQ.
Florida Bar No.: 0879827
wlewis@butler.legal
JULIUS MATUSEWICZ, ESQ.
Florida Bar No.: 1008338
jmatusewicz@butler.legal
Secondary:  ebeynon@butler.legal
                    tgarcia@butler.legal
400 North Ashley Drive, Suite 2300
Tampa, Florida 33602
Telephone: (813) 281-1900
Facsimile: (813) 281-0900
*Counsel for Defendant, Federal Insurance Company*

## CERTIFICATE OF SERVICE

I certify that a copy hereof has been furnished to:

Nicole C. Pita, Esq.
HL Law Group, P.A.
2601 E. Oakland Park Blvd., Suite 503
Ft. Lauderdale, FL 33306
Counsel for Plaintiff

by CM/ECF on August 8, 2023.

*/s/ Julius Matusewicz*

JULIUS MATUSEWICZ, ESQ.